COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Jefferson County, Texas **v.** Ellarene Farris, Individually and as Personal Representative of the Heirs and Estate of James Farris

Appellate case number:    01-17-00493-CV

Trial court case number:    2005-09580

Trial court:    11th District Court of Harris County

Date motion filed:    October 12, 2018

Party filing motion:    Appellee

    Appellee Ellarene Farris, Individually and as Personal Representative of the Heirs and Estate of James Farris, filed a motion for en banc reconsideration of this court's August 31, 2018 opinion. The court requests a response to this motion. The response is **due** on or before **Monday, December 3, 2018**.

    It is so **ORDERED**.


Judge's signature: /s/ Michael Massengale


Panel consists of: Jennings, Massengale, and Caughey


Date:  November 1, 2018